### 49208. CUMBIE v. THE STATE.

QUILLIAN, Judge.

The defendant was tried and convicted of burglary. There was an appeal and the case is here for review. *Held:*

1. Enumeration of Error No. 2 is controlled by the ruling in Division 1 of *Luke v. State,* 131 Ga. App. 799.

2. The remaining enumerations of error are without merit.

*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

SUBMITTED APRIL 1, 1974 — DECIDED APRIL 25, 1974.

*Louise T. Hornsby,* for appellant.

*Lewis R. Slaton, District Attorney, Joel M. Feldman, Morris H. Rosenberg,* for appellee.